## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN ) <br> IMMIGRATION REFORM, ) <br> 25 Massachusetts Ave., NW, Suite 330, ) <br> Washington, D.C. 20001, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> U.S. CUSTOMS AND ) <br> BORDER PROTECTION ) <br> 1300 Pennsylvania Ave, N.W., ) <br> Washington, D.C. 20229, ) <br>   ) <br>   ) <br> Defendant. ) <br> _____ ) | Civil Action No. |

## COMPLAINT

Plaintiff Federation for American Immigration Reform ("FAIR") brings this action against U.S. Customs and Border Protection ("CBP") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Plaintiff alleges the following grounds:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

### PARTIES

3. Plaintiff FAIR ("Plaintiff") is a non-profit educational foundation organized under the laws of the District of Columbia and having its principal place of business at 25

Massachusetts Ave., NW, Suite 330, Washington, DC 20001. Plaintiff seeks to educate the citizenry on and increase public awareness of immigration issues, and hold the nation's leaders accountable for enforcing the nation's immigration laws. In furtherance of its public interest mission, Plaintiff regularly requests access to the public records of federal agencies, entities, and offices, and disseminates its findings to the public.

4. Defendant CBP is an agency of the U.S. Government and is headquartered at 1300 Pennsylvania Ave, NW, Washington, DC 20229. CBP has possession, custody, and control of certain public records to which Plaintiff seeks access.

### STATEMENT OF FACTS

5. On January 23, 2018, Plaintiff submitted a FOIA request by online FOIA portal to CBP seeking access to the following public records:

1) The number and country of citizenship of H-2A and H-2B visa holders who entered the United States through air, sea, and land border ports of entry and overstayed their period of admission for FY13, FY14, FY15, FY16, and FY 17.

6. Plaintiff received an acknowledgement letter dated February 6, 2018, from CBP assigning the FOIA request the tracking number CBP-2018-025504.

7. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), CBP was required to determine whether to comply with Plaintiff's FOIA request within twenty (20) working days after receipt of each request and to notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination. Accordingly, CBP's determination of Plaintiff's FOIA request was due by February 21, 2018, at the latest.

8. As of the date of this Complaint, CBP has failed to: (i) determine whether to comply with Plaintiff's FOIA request; (ii) notify Plaintiff of any such determinations or the reasons for such determinations; (iii) advise Plaintiff of the right to appeal any adverse

determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

9. Because CBP has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A) with respect to the FOIA request, Plaintiff is deemed to have exhausted any and all administrative remedies with respect to the request, pursuant to 5 U.S.C. § 552(a)(6)(C).

## **COUNT 1**
(Violation of FOIA, 5 U.S.C. § 552)

10. Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11. Defendant is unlawfully withholding public records requested by Plaintiff pursuant to 5 U.S.C. § 552.

12. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of the requested public records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA request, and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  April 13, 2018                              Respectfully submitted,

                                               /s/ Julie B. Axelrod
                                               D.C. Bar No. 1001557
                                               Immigration Reform Law Institute
                                               25 Massachusetts Ave., NW, Suite 335
                                               Washington, DC 20001
                                               Telephone: 202-232-5590
                                               FAX (202) 464-3590
                                               Email: jaxelrod@irli.org